# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>Robert W. Burchfield<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:21-MJ-1068<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___April 29, 2021,___ in the county of ___Knox___ in the ___Eastern___ District of ___Tennessee___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 751(a) and 4082 | Escape from custody. |

This criminal complaint is based on these facts:

Please see the Affidavit of Deputy U.S. Marshal Matthew Sikes, which is attached hereto and fully incoporated herein.

☑ Continued on the attached sheet.

*Matthew Sikes*
Complainant's signature

Matthew Sikes, Deputy United States Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/04/2021

*Judge's signature*

City and state: Knoxville, Tennessee

Debra C. Poplin, United States Magistrate Judge
*Printed name and title*

CASE NUMBER: 3:21-MJ-1068

## AFFIDAVIT

I, Matthew Sikes, being duly sworn, state the following to be true to the best of my knowledge, information, and belief:

1. I am currently employed as a Deputy United States Marshal in the Eastern District of Tennessee. As a Deputy United States Marshal, I am responsible for, among other things, the apprehension of federal fugitives.

2. On May 2, 2016, Robert W. Burchfield was found guilty of Felon in Possession of a Firearm and was sentenced to 72 months' imprisonment and 3 years of supervised release. On April 14, 2021, the United States Bureau of Prisons transferred the defendant to the Midway Rehabilitation Center (Midway) located at 1515 East Magnolia Avenue, Knoxville, Tennessee, for the completion of his court-ordered sentence of confinement.

3. On May 3, 2021, your Affiant learned that Burchfield had escaped from Midway on April 29, 2021, at approximately 1:06 p.m. On April 29, 2021, the Bureau of Prisons issued a Notice of Escaped Federal Prisoner due to Burchfield's escape from Midway.

4. Burchfield did not have permission to leave Midway, and he has not yet been apprehended by law enforcement.

5. Based on the foregoing, I respectfully submit that probable cause exists to believe that, on or about April 29, 2021, Robert W. Burchfield committed a violation of 18 U.S.C.

§§ 751(a) and 4082, Escape from Custody. Accordingly, I respectfully request that this Court issue a warrant for the arrest of Robert W. Burchfield.

FURTHER AFFIANT SAITH NOT.

*Matthew Sikes*
Matthew Sikes
Deputy United States Marshal
United States Marshals Service
Knoxville, Tennessee

Subscribed and sworn to before me

this the 4th day of May, 2021.

*Debra C. Poplin*
Hon. Debra C. Poplin
United States Magistrate Judge